UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:05-CV-130-M

**ELECTRONICALLY FILED**

JOSEPH H. MARSHALL                                                                          PLAINTIFF

v.                              **AGREED ORDER DISMISSING**

GREEN COUNTY, KENTUCKY, ET AL,                                               DEFENDANTS

* * * * * * * * * * * * * * * * * * *

The parties having voluntarily settled this action by a confidential settlement agreement and the Court being sufficiently advised, this action is hereby dismissed, with prejudice. Each party shall be responsible for their own costs and attorney fees.

**SEEN AND AGREED:**

/s/ *Danny Butler*
Danny Butler  (signed by permission)
*Counsel for Plaintiff*

/s/ *Winter Huff*
Winter Huff (signed by permission)
*Counsel for County Defendants*

/s/ *D. Brent Irvin*
D. Brent Irvin
*Counsel for Defendants*
*Commonwealth of Kentucky and its*
*Administrative Office of the Courts*

Copies to:  Counsel of record